1  DAVID F. GROSS (Bar No. 083547)
   david.gross@dlapiper.com
2  STEPHEN CHIARI (Bar No. 221410)
   stephen.chiari@dlapiper.com
3  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
4  San Francisco, CA 94105-2933
   Tel.: (415) 836.2500
5  Fax: (415) 836.2501

6  RUSSELL B. MORGAN (*pro hac vice* applicant)
   **BRADLEY ARANT BOULT CUMMINGS, LLP**
7  1600 Division Street, Suite 700
   Nashville, TN 37203
8  Tel: (615) 403-6311
   rmorgan@babc.com
9
   Attorneys for Defendant MOTRICITY, INC.
10

RECEIVED APR - 6 2009 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**FILED**

APR 0 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CAMELLIA WALKER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>MOTRICITY, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C09-1316 JL<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF RUSSELL B. MORGAN *PRO HAC VICE* |

23  Russell B. Morgan, whose business address and telephone number are: Bradley Arant
24  Boult Cummings, LLP, 1600 Division Street, Suite 700, Nashville, TN 37203, Tel.: (615) 403-
25  6311, Email: rmorgan@babc.com, and who is an active member in good standing of the bar of
26  the State of Tennessee and of the federal District Courts of Tennessee and Kentucky, having

1  applied in the above-entitled action for admission to practice in the Northern District of California
2  on a *pro hac vice* basis, representing defendant Motricity, Inc.,
3      IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
4  conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac*
5  *vice*. Service of papers upon and communication with co-counsel designated in the application
6  will constitute notice to the party. All future filings in this action are subject to the requirements
7  contained in General Order No. 45, Electronic Case Filing.

Dated: 4-8-09

UNITED STATES ~~DISTRICT~~ JUDGE

JAMES LARSON
U.S. CHIEF MAGISTRATE JUDGE