**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

June 19, 2009

Rene C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

RE:  CV 09-01316 MHP   CAMELLIA WALKER-v-MOTRICITY INC.
          **Your Case Number: (RG-08-396630)**

Dear Clerk,

     Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

- (✔)  Certified copies of docket entries
- (✔)  Certified copies of Remand Order
- ( )  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: *Gina Agustine-Rivas*
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg