UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

June 19, 2009

ENDORSED
FILED
ALAMEDA COUNTY

JUN 2 4 2009

CLERK OF THE SUPERIOR COURT
By _ Y. Singh
General Court Number
415.522.2000
Deputy

Rene C. Davidson Alameda County Courthouse
1225 Fallon Street
Oakland, CA 94612

FILED
JUL - 1 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RE: CV 09-01316 MHP   CAMELLIA WALKER-v-MOTRICITY INC.
Your Case Number: (RG-08-396630)

Dear Clerk,

Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

(✔)  Certified copies of docket entries

(✔)  Certified copies of Remand Order

( )  Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Gina Agustine-Rivas
Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg