**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                 General Court Number
Clerk                                                                                              415.522.2000

July 20, 2009

Daniel Purcell
Keker & Van Nest LLP
710 Sansome Street
San Francisco, CA 94111-1704

Attorneys for Third Party Appellants
David F. Gross; Stephen A. Chiari; and DLA Piper LLP (US)

SUBJECT:    Request for Payment of Docket Fee

    **Title:  CAMELLIA WALKER -v- MOTRICITY INC.**
    **Case Number:        CV 09-01316 MHP**
    **Court of Appeals Number:**

A notice of appeal was filed with this Court on 7/17/09 and the docketing fee of $455.00 has not been received.  Please forward the above referenced fee to this office immediately.

The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

    Sincerely,

    **RICHARD W. WIEKING, Clerk**

    by:  Sheila Rash
    Case Systems Administrator

**cc: U.S. Court of Appeals**