UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 26 2010

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CAMELLIA WALKER, individually and on behalf of a class of similarly situated individuals, | No. 09-16532 |
| Plaintiff - Appellee, | D.C. No. 3:09-cv-01316-MHP |
| v. | U.S. District Court for Northern California, San Francisco |
| RUSSELL B. MORGAN and SCOTT K. HAYNES, | **MANDATE** |
| Appellants, | |
| MOTRICITY, INC., a Delaware corporation, | |
| Defendant - Appellant, | |
| DAVID F. GROSS; et al., | |
| Third parties. | |

The judgment of this Court, entered July 02, 2010, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

Synitha Walker
Deputy Clerk